FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 28 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-617-RLH (PAL) |
| OMAR AGUIRRE, | )<br>)<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT OMAR AGUIRRE

On June 27, 2011, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant OMAR AGUIRRE to the United States of America. Docket #16.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant OMAR AGUIRRE.

DATED this 28 day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE